USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-18-08

By Facsimile-(212) 805-6111
Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

January 16, 2008

Re: Bettis v. Kelly, et al.
07 CV 9718 (SHS)(HBP)

APPLICATION GRANTED

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
1-18-08

Dear Judge Pitman

My name is Frank Bettis, I am an Pro Se plaintiff in the above captioned action. The defendants counsel have file motion to dismiss the complaint dated January 7, 2008. I am writing to request more time to reply to their motion to dismiss the complaint than stated on the local rules. I am requesting to have until January 30, 2008 to reply to their motion to dismiss the complaint.

Thank you for your consideration of this request.

Respectfully,

Frank Bettis

Frank Bettis

cc: By Mail
Blanche Greenfield
Assistant Corporation Counsel
Law Department City of New York
100 Church Street
New York, N.Y. 10007