USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
FRANK BETTIS,                      :

                  Plaintiff,      :

     -against-                     :    07 Civ. 9718 (SHS)(HBP)

RAYMOND KELLY, as Commission of    :    ORDER
the New York City Police
Department, et al.,                :

                  Defendant.      :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

On or about January 16, 2008, plaintiff submitted to the Court two documents entitled "Motion to Amend Complaint Motion to Remand Complaint" and "Amended Complaint." Because defendants have moved to dismiss but have not yet answered the complaint, plaintiff can still file an amended complaint as a matter of right. 6 Charles A. Wright, Arthur R. Miller & Mary K. Kane, Federal Practice & Procedure § 1483 at 585-86 (2d ed. 1990). Accordingly, the Clerk of the Court is directed to docket

the Amended Complaint. The Clerk of the Court is further directed to file the Motion to Remand separately.

Dated: New York, New York
       January 25, 2008

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Mr. Frank Bettis
335 Edgecombe Avenue
New York, New York  10031

Blanche J. Greenfield, Esq.
New York City Law Department
100 Church Street
New York, New York  10007