By Facsimile-(212) 805-6111
Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

January 20, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-25-08
```

Re: Bettis v. Kelly, et al.
    07 CV 9718 (SHS)(HBP)

Dear Judge Pitman

     My name is Frank Bettis, I am an Pro Se plaintiff in the above captioned action. The defendants counsel have file motion to dismiss the complaint dated January 7, 2008. I have file motions to the court dated January 15, 2008. I am writing this request to you that plaintiff be allowed to have more time to reply to defendants motion to dismiss the complaint pending the defendants reply to plaintiff motions to amend and remand complaint if any, and the court judgement on plaintiff motions to amend complaint, and remand complaint. I am requesting that the local rules be suspended for plaintiff to reply to defendants motion to dismiss the complaint dated until January 7, 20008 until replies have been made to the plaintiff motions to the court. Plaintiff letter to you dated January 16, 2008 with requests was the wrong copy sign and facsimile to you. I apologize to you for my error.

Thank you for your consideration of this request.

*[Handwritten note:]* Plaintiff appears to be seeking an indefinite stay of his obligation to respond to the motion to dismiss. That motion is denied.

Respectfully,

*Frank Bettis* (signature)

Frank Bettis

**SO ORDERED**

*[Signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
1-25-08

cc: By Mail
    Blanche Greenfield